UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANGELO LENA,

    Plaintiff,

v.

C. DAVIS, et. al.,

    Defendants.

No. C 14-1473 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff describes events that occurred at High Desert State Prison in Susanville, California. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: May 2, 2014.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Baker5453.trn.wpd